**Order entered April 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00103-CR

**CHARLIE JESUS VICENTE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F17-45411-J**

## ORDER

The reporter's record was due February 18, 2019.  By letter dated February 20, 2019, we notified court reporter Kimberly Xavier to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record by March 22, 2019.  To date, the reporter's record has not been filed, and we have had no communication from Ms. Xavier.

We **ORDER** court reporter Kimberly Xavier to file the reporter's record in this appeal **WITHIN TWELVE DAYS OF THE DATE OF THIS ORDER**.  We caution Ms. Xaiver that the failure to do so will result in the Court taking whatever remedies it has available, including ordering that she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, court reporter, Criminal District Court No. 3; and to counsel for all parties.

.

/s/    BILL PEDERSEN, III
JUSTICE